UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONICA D. NICHOLSON,<br><br>　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　Respondent. | Civil No. 17-cv-370-JPG<br><br>Criminal Nos. 13-cr-40076-JPG and<br>　　　　　　　11-cr-40040-JPG |

# **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Monica D. Nicholson's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed as untimely, that judgment is entered in favor of respondent United States of America and against petitioner Monica D. Nicholson, and that this case is dismissed.

**DATED: October 18, 2017**　　　　　JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**